IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | | |
|---|---|---|---|
| In re: | DAP Enterprises LLC | ) | Case No.: 20-80407-CRJ-7 |
| | DBA Interim Healthcare of Huntsville | ) | |
| | EIN: xx-xxx9998 | ) | |
| | | ) | |
| | | ) | |
| | Debtor. | ) | Chapter 7 |

## MOTION TO WITHDRAW APPOINTMENT ORDER

COMES NOW the undersigned and requests that the Court withdraw his appointment order on the grounds that he has a conflict and should not serve as Trustee in this Chapter 7 case.

Respectfully submitted this the 11th day of February, 2020.

/s/ Tazewell T. Shepard
Tazewell T. Shepard
*Chapter 7 Trustee*

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P. O. Box 19045
Huntsville, AL 35804
Tel: (256) 512-9924
Fax: (256) 512-9837

## CERTIFICATE OF SERVICE

I hereby certify that I have this 11th day of February, 2020 served the foregoing document on Ronald C. Sykstus, Attorney for Debtor, Bond Botes Sykstus Tanner & Ezzell PC, 225 Pratt Avenue NE, Huntsville, AL 35801, DAP Enterprises LLC dba Interim Healthcare of Huntsville, Debtor, 7311 Sanctuary Cove Drive, Owens Cross Roads, AL 35763, and upon Richard M. Blythe, Office of the Bankruptcy Administrator, P.O. Box 3045, Decatur, AL 35602, by the Court's CM/ECF filing system and/or by depositing said copy in the United States Mail in a property addressed envelope with adequate postage thereon.

/s/ Tazewell T. Shepard
Tazewell T. Shepard